IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDITH BLANK )<br>)<br>    et al.  )<br>)<br>)<br>    Plaintiffs,  )<br>)<br>v.  )<br>)<br>THE ISLAMIC REPUBLIC OF IRAN  )<br>)<br>)<br>    Defendant.  ) | Case No. 19-cv-3645 |

**FOUR PLAINTIFFS' MOTION TO TAKE JUDICIAL NOTICE OF EVIDENCE IN PRIOR RELATED CASES AND FOR ENTRY OF DEFAULT JUDGMENT AS TO LIABILITY AND DAMAGES**

Plaintiffs in this case are close family members of service members assigned to the United States Air Force Base in Dhahran, Saudi Arabia, in 1996. Those service members were injured in a terrorist attack materially supported and planned by Defendant the Islamic Republic of Iran. This was the "Khobar Towers" terrorist attack, named after the residential complex where the service members were housed.

The four plaintiffs who submit this Motion and Memorandum in Support are as follows: Plaintiff Edith Blank is the mother of servicemember Charles Blank, who was awarded damages in *Akins v Islamic Republic of Iran*, 332 F. Supp. 3d 1 (D.D.C. 2018) (BAH). Plaintiff Christine Cramblett is the sister of Charles Blank. Plaintiff Judith MacKenzie is the mother of servicemember Nicholas Mackenzie, who was also awarded substantial damages in the same case; and plaintiff David MacKenzie is the brother of Nicholas Mackenzie.

Undersigned counsel has been unable to contact the fifth Plaintiff in this action, Jim

1

Gaydos, despite repeated attempts over an extended period of time, and undersigned counsel cannot submit a Declaration or Motion on Mr. Gaydos' behalf at the present time.  Undersigned counsel has decided that further delay may prejudice the claims of the four other plaintiffs and has accordingly submitted this Motion with accompanying Declarations on their behalf at this time.

If undersigned counsel hears from Mr. Gaydos within a reasonable time frame, and Mr. Gaydos affirms that he wishes to proceed as a Plaintiff and submit a sworn Declaration, plaintiff Gaydos will, if the Court permits, submit a supplemental filing.  The four moving Plaintiffs request the Court to proceed with its consideration of their Motion regardless, and to enter a final Judgment and Order with respect to them in the ordinary course of its deliberation, regardless of whether Mr. Gaydos re-enters into communication with undersigned counsel.

For the reasons more fully described and supported in the accompanying Memorandum, Plaintiffs Edith Blank, Christine Cramblett, Judith MacKenzie and David Mackenzie hereby move for the Court to take judicial notice of evidence in prior related cases and for entry of a default judgment against Defendant the Islamic Republic of Iran awarding them compensatory and punitive damages and pre-judgment interest..

        Respectfully submitted,

        /s/   Paul G Gaston
Paul G. Gaston, DC Bar #290833
LAW OFFICES PAUL G. GASTON
1901 Pennsylvania Avenue, NW, Suite 607
Washington DC 20006
202-296-5856
paul@gastonlawoffice.com

*Attorney for Plaintiffs*