EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDITH BLANK<br><br>    et al.<br><br>    Plaintiffs,<br><br>v.<br><br>THE ISLAMIC REPUBLIC OF IRAN<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 19-cv-3645<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF PLAINTIFF EDITH BLANK

Edith Blank declares pursuant to 28 U.S.C. Section 1746 as follows:

1. I am over eighteen and am competent to testify about the facts personally known to me as set forth herein.

2. I was born in the United States of America and have been at all times throughout my life a United States citizen. I am currently a resident of Texas.

3. I am the mother of Charles ("Chuck") Blank, who was a plaintiff in *Akins v. Iran*, 332 F. Supp. 3d 1 (D.D.C. 2018), and was awarded a judgment in that case.

4. Chuck was my first son. I already had two great daughters, Debbie and Christine, and after Chuck was born we had another younger son, Andrew. Chuck was an over-achiever. He always excelled at everything he did, and he worked very hard at everything he did. These traits were evident in him from a very young age, and they helped him become an Eagle Scout when he was young, and later a "Top Gun" fighter pilot instructor in the Air Force's Flight Training school.

1

5. We lived abroad for much of the time we were raising the kids, as my husband was in the Air Force and we spent time at various distant locations, including Okinawa, Taiwan, and Turkey. My husband was also stationed in Alaska, where we lived for some time as well. In some of those foreign locations, we did not receive base housing, and lived in the local economy. Often our kids had no other American kids around to play with, so they were pretty dependent on each other for play, sports, and entertainment.

6. We were a very close and loving family, but very tolerant of differences as well. Each of my children has a unique personality and I would say a strong independent streak, However, they were united by their love for each other and for their father and me.

5. My husband and I were extremely proud of Chuck and of his success as a top Air Force pilot. We knew the hard work, training, and skill required. My husband had also been in the Air Force, but he was not a pilot. He worked as an expert on interpreting and communicating messages delivered in Morse Code.

6. On June 25, 1996, I was just finishing my shift as a cashier at the BX—the military exchange where I worked. Suddenly everyone around me was buzzing about some news that was being broadcast on the TV—there had been a terrorist attack at the Khobar Towers, where I knew that my son Chuck was housed. My blood ran cold. I had to sit down for a few minutes and my co-workers came over to comfort me.

7. I had just lost my husband about four months earlier. All I could think of was that I hoped and prayed that I had not lost my beloved Chuck as well so soon after the loss of my husband.

8. When I got home I saw the images on the tv news of the devastation at the residential complex, and became even more anxious and worried. I was terrified that Chuck was buried somewhere in the rubble.

9. Fortunately I eventually heard directly from Chuck by phone. He told me that, although he had been hit and received some wounds, he would be ok. He told me that he had helped save and evacuate some of those who were hurt much worse than he was.

10. Chuck stayed on in Saudi for several more months, and this was a difficult time for all of us. We were concerned about the possibility of another attack. I would say that all of us in the family were anxious.

11. When I first saw Chuck after he returned home he seemed less confident and even a little nervous at times, which is definitely something I had never seen in him before. He seemed shook up by what had happened and by the loss of his fellow airmen.

12. Over time, however, Chuck handled the setback in his own way. He determined not to let the attack get the better of him, or to derail him from his career as a top fighter pilot and eventually an instructor in the Flight Training School.

13. Nonetheless, I know the attack and the loss of his fellow Airmen hurt him deeply, and still affects him   He has never forgotten what happened, and I know he suffered some considerable physical after-effects as well, picking glass shards and pieces out of his leg that surfaced even many years later.

14. I suffered great emotional distress when I first learned of the attack, and when I saw the effect it had on Chuck. It is only because of his strong will and strength of character that he was able to overcome what the attack did to him. I have tried to follow his example.

15. Even to this day, however, I feel the emotional scar caused by that terrible terrorist attack, and hope and pray that others who were affected, and their families, can overcome the trauma.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Edith Blank

Executed on October 10, 2020

EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDITH BLANK<br><br>    et al.<br><br>    Plaintiffs,<br><br>v.<br><br>THE ISLAMIC REPUBLIC OF IRAN<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 19-cv-3645<br>)<br>)<br>)<br>)<br>)<br>) |

## **DECLARATION OF PLAINTIFF CHRISTINE CRAMBLETT**

Christine Cramblett declares pursuant to 28 U.S.C. Section 1746 as follows:

    1. I am over eighteen and am competent to testify about the facts personally known to me as set forth herein.

    2. I was born in the United States of America and have been at all times throughout my life a United States citizen. I am currently a resident of Texas.

    3. I am a sister of Charles ("Chuck") Blank, who was a plaintiff in *Akins v. Iran*, 332 F. Supp. 3d 1 (D.D.C. 2018), and was awarded a judgment in that case.

    4. I grew up in a very close family with my mom and dad, my sister Debbie, and my brothers Chuck and Andrew. I was few years older than Chuck, and always looked out for him and tried to help him out.

    5. My dad was in the Air Force and we lived abroad for much of the time we were growing up . I remember living in Okinawa, Taiwan, and Turkey. Later he was stationed in Alaska and we lived there. In some of these places we did not receive on-base housing, so we

1

were in neighborhoods without too many other American families. Because of that we had to rely on each other as playmates and for entertainment. We were good at improvising. One time in Taiwan we stood on top of a septic tank and pretended it was a stage where we could perform songs.

6. I always looked out for my younger brother Chuck. One time when we were living in Alaska I returned home to learn he had been bullied by one of the neighborhood kids. My sister Debbie and I sought the bully out and made sure he learned his lesson. He never bothered Chuck again.

7. Chuck was always very accomplished at everything he did. He was a real go-getter. He put himself through college delivering pizzas. I was with him at a bar when he met his future wife, Linda. She did not know I was his sister and I pretended to be flirting with him to see whether that would get a rise out of her. I think it did. At any rate, they ended up getting married.

8. When I got married, Chuck would tease me about my husband, who was also in the Air Force, but not a pilot like Chuck. Although Chuck and I had a lot of fun together and there were a lot of laughs and some good-natured ribbing, the underlying truth was that we were very close and shared a real bond.

9. I was traveling and working in Japan when I first heard about the bombing attack on the Khobar Towers. I received a call from my mom, who had just buried our father a few months before. She was deeply distraught and crying. I also felt waves of anxiety and concern wash over me. Although I knew that bombs don't pick favorites, I just couldn't imagine that someone with Chuck's vitality and strength of will could be gone. But I knew that it was a possibility and I felt terrible.

10. I did learn a few days later that he would be all right, and I was overjoyed to hear that.

11. When we saw each other again after a few more months, I felt that Chuck had gone through a lot and was still struggling to process it. He did not seem as confident and outgoing as he had been before. He seemed more detached.

12. I felt bad for him but I had confidence that he could put it behind him and not let what he had gone through define him. I was proud to see him continue his stellar career in the Air Force and become a top-level flight instructor, an honor and distinction reserved for the very best.

13. In some ways the experience drew our whole family closer together. There is no question that I suffered substantial emotional distress when I heard of the attack, and especially before I knew whether Chuck had survived, and then later when I saw the initial effect it had on him. But I also was proud of how he and our whole family rallied to put it behind us, and not let it drag us down.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*Christine Cramblett*
Christine Cramblett

Executed on October 10, 2020

3

EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDITH BLANK ) | |
| ) | |
| et al. ) | |
| ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 19-cv-3645 |
| ) | |
| THE ISLAMIC REPUBLIC OF IRAN ) | |
| ) | |
| ) | |
| Defendant. ) | |

## **DECLARATION OF PLAINTIFF JUDITH MACKENZIE**

Judith MacKenzie declares pursuant to 28 U.S.C. Section 1746 as follows:

1. I am over eighteen and am competent to testify about the facts personally known to me as set forth herein.

2. I was born in the United States of America and have been at all times throughout my life a United States citizen. I am currently a resident of Virginia.

3. I am the mother of Nicholas MacKenzie, who was a plaintiff in *Akins v. Iran*, 332 F. Supp. 3d 1 (D.D.C. 2018), and was awarded a judgment in that case. My late husband Larry and I raised our sons Nicholas and David to be kind, generous, honest, loving, and dedicated to always doing the right thing.

4. We were an extremely close-knit and loving family. We traveled to many places of interest throughout the United States and enjoyed vacationing in the Outer Banks of North Carolina. During our travels, Larry and I tried to expose the boys to as many cultural and historical sites as they could endure. When we were not on the go, Nick and I shared a love for

1

board games such as checkers and Yahtzee, and we played together many times through the years. Nick also loved to come with me to yard sales to look for things we could collect.

5. Larry and I were extremely proud of Nick and of the young man he had become when he enlisted and began his service in the Air Force. We looked forward to his stories from his deployments when he returned home on leave. We knew that he might be posted to far-away places, and did not think that he was at too much risk when we learned that he was being sent to the Dhahran Air Force Base in Saudi Arabia.

6. However, that illusion was shattered on June 25, 1996. I came home from work that day in the late afternoon and saw that my husband Larry was deeply engrossed in a phone conversation. Laid out in front of him was a folder that had Nick's service records and other personal matters. Larry was speaking in a manner that was both unusual and alarming—and it made me realize that something horrific had happened.

7. He rose from the chair and looked at me. I could see the terror in his eyes. He was shaking as he told me that Nick's living quarters at the Khobar Towers had been attacked. He told me that there was no word yet about what may have happened to Nick. We held each other and wept uncontrollably.

8. We were devastated and sick with grief and worry. We called our son David, who was also overcome with sorrow and disbelief when he heard the news.

9. I don't recall exactly how long it took for us to hear the news that Nick would be alright, but I believe it was at least a day or two, and that time was the darkest time of my life, filled with worry and despair.

10. When we did finally hear from Nick we were so relieved and happy, and proud to learn that he had done so much to help rescue others who were hurt much worse than he was.

11. The next few months until Nick returned to the United States were also extremely hard on all of us. We dreaded hearing of some new attack. We were always on edge.

12. My husband became anxious and sad. I couldn't sleep at night and had to take sleep medication that was prescribed for me for the first time. I know that our older son David also suffered from stress and anxiety. Overall, the tragic attack in Saudi Arabia created ongoing stress and anxiety for all four of us that we had never experienced before.

13. After several more months, we were finally able to see Nick again back in the States. It was the most joyful occasion of our lives. We were overwhelmed with joy to see our loving son again and thanked God for this miracle.

14. But then I began to process some of the bad news. Nick told us about the horrors of what had happened and what he had undergone and seen among his injured and deceased comrades.

15. He did not seem like himself. He was bewildered, anxious, and insecure. Within six months he rushed into a marriage, perhaps to escape some of those feelings. That didn't work out and Nick was soon separated from his new spouse and seeking a divorce.

16. Nick's extreme sadness, withdrawal from social activities, and lack of interest in some of his former favorite pastimes were obvious to me and hurt my heart.

17. Over time, Nick has improved in many ways and currently has a good job working for an aerospace company. He has also re-married and has found some stability in his family life. But he remains easily startled and tries to avoid stressful situations which, at times, leads to anxiety and anger.

18. My husband died in 2016. It has been difficult for me to face the challenges of life without him. His passing added to the heartbreak our family had already experienced as a result of the effect on Nick and on all of us of the attack on the Khobar Towers in 1996.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Judith MacKenzie

Executed on September 30, 2020

4

EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDITH BLANK<br><br>et al.<br><br>Plaintiffs,<br><br>v.<br><br>THE ISLAMIC REPUBLIC OF IRAN<br><br>Defendant. | Case No. 19-cv-3645 |

### **DECLARATION OF PLAINTIFF DAVID MACKENZIE**

David MacKenzie declares pursuant to 28 U.S.C. Section 1746 as follows:

    1. I am over eighteen and am competent to testify about the facts personally known to me as set forth herein.

    2. I was born in the United States of America and have been at all times throughout my life a United States citizen. I am currently a resident of Virginia.

    3. I am the brother of Nicholas MacKenzie, who was a plaintiff in *Akins v. Iran*, 332 F. Supp. 3d 1 (D.D.C. 2018), and was awarded a judgment in that case. I am about five years older than Nick, and we grew up together. I loved my younger brother and we did a lot of things together.

    4. Our dad was a salesman, and we moved around a lot, but settled in the Richmond, Virginia, area when I was around 12 and Nick was around 7.

1

5. We were also fortunate enough to live for a time with my mom's parents, Forrest and Marylou Cossitt. My grandfather Forrest was very strong minded about a man's obligation to serve his country, and that stuck with Nick and was a large part of his pride and purpose to serve in the military.

6. Nick and I were very close growing up. We did a lot of things together, but what sticks in my mind most especially was skateboarding. We both loved it and did a lot of it around our neighborhood, either by ourselves or with other kids. Our parents built a "half-pipe" in our back yard so we could do more challenging skateboard maneuvers. When we were in our later teen years, Nick and I lived together in the basement of our parents' house.

7. As we grew older we continued to remain a very close-knit family. All of us loved our annual vacations to the Outer Banks.

8. Even after Nick began his service in the Air Force, we remained close and stayed in touch. We would all look forward to seeing him when he came home on leave. We followed his deployments carefully, and hoped he would be able to avoid any substantial risks.

9. On June 25, 1996, I was living near Richmond with my wife and infant daughter. I received a call from my parents. They sounded extremely anxious and worried. They told me what had happened at the Khobar Towers, and they told me they had not yet heard anything about Nick. We did not know if he had survived, or been injured. I felt terrible. I was worried that the worst might have happened and I may never see Nick again.

10. A few days later my parents heard that although he had been injured, Nick would be ok. They also heard that he had selflessly helped many others who were hurt much worse than he was to be transported to where they could get medical assistance.

11. Waves of relief and happiness washed over me.

2

12. Nick was required to stay at the Khobar Towers for several more months. I know that was a difficult time for him and for our whole family. We were all worried that there could be another attack at any time.

13. When Nick finally returned home, and I got to see him again, I felt that he was not the same person I had known when he left. He was less trusting and quick to anger about small things. I felt that I had lost someone close to me who had been replaced with a colder, more suspicious and anxious person.

14. Fortunately, we re-established a close bond despite those issues, and we lived together again in the period from about 2001 through 2004.

15. Over the years since then Nick and I have remained close. We still see each other frequently and stay in close touch with our mother as well. I love him dearly and I thank God every day for sparing his life and pray for the families of those who were less fortunate.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

David MacKenzie

Executed on September __, 2020