IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDITH BLANK <br><br> et al. <br><br><br> Plaintiffs, <br><br> v. <br><br> THE ISLAMIC REPUBLIC OF IRAN <br><br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) Case No. 19-cv-3645 ) ) ) ) ) ) |

**ORDER**

Upon consideration of Plaintiffs' Motion to Take Judicial Notice of Evidence in Prior Related Cases and for Entry of Default Judgment awarding Damages, Plaintiffs' accompanying Supporting Memorandum and Declarations, and it appearing that Plaintiffs' Motion is well-founded, the Court hereby

GRANTS Plaintiffs' Motion and ENTERS a Default Judgment in favor of Plaintiffs and against Defendant The Islamic Republic of Iran and awards damages in the amounts further detailed in the Memorandum Opinion and Order filed herewith.

SO ORDERED.

_____
U.S. District Court Judge