IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDITH BLANK )<br>)<br>    et al. )<br>)<br>)<br>)<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>THE ISLAMIC REPUBLIC OF IRAN )<br>)<br>)<br>    Defendant. ) | Case No. 19-cv-03645(BAH) |

## MOTION OF COUNSEL TO WITHDRAW FROM REPRESENTATION OF PLAINTIFF JIM GAYDOS

Undersigned counsel hereby moves to withdraw from representation of Plaintiff Jim Gaydos.  Counsel has been unable to contact or communicate with Mr. Gaydos since September 27, 2020, when he last received an email communication from him.

Counsel has tried contacting Mr. Gaydos repeatedly during that time, using mail, email, text message, and last known cell telephone number, without any response.  Counsel tried the three last methodologies again several times in response to the Court's recent show cause Order, again without any success.

Accordingly, undersigned counsel cannot effectively represent Mr. Gaydos and moves to withdraw from the representation.

As required by Local Rule 83.6(d), a copy of this Motion and a Notice to Obtain Other Counsel is being served on Mr. Gaydos at his last known mailing address as well as his last known email address.

Respectfully submitted,

/s/   Paul G. Gaston
Paul G. Gaston
DC Bar #29083

Law Office of Paul G. Gaston
1101 Connecticut Ave., NW, Suite 450
Washington DC 20036
202-296-5856
paul@gastonlawoffice.com